

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joshua Thomas Baldwin,                    * From the 244th District
                                            Court of Ector County,
                                            Trial Court No. C-40,495.

Vs. No. 11-14-00121-CR                     * August 21, 2014

The State of Texas,                        * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)


       This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.